IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHEILA FOSTER, *Individually and on Behalf of the Estate of Garrett Foster* and STEPHEN FOSTER, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:22-CV-598-RP |
| DANIEL SCOTT PERRY, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is a motion to withdraw, (Dkt. 31), filed by counsel for Defendant Daniel Scott Perry ("Perry"). The Court held a conference on the matter and granted counsel's motion to withdraw. Accordingly, **IT IS ORDERED** that counsel for Defendant Daniel Scott Perry shall be **WITHDRAWN** from this case. As no counsel remain to represent him, Perry shall be noted as proceeding pro se.

During the conference, the Court also raised the issue of the pending criminal charges against Perry in Travis County for murder, deadly conduct, and aggravated assault. The Court stated that it would sua sponte stay the case pending resolution of the criminal charges filed against Perry. Accordingly, **IT IS ORDERED** that this action is **STAYED**. Plaintiff shall file quarterly status reports informing the Court of any updates in the criminal case against Perry, the first of which shall be due no later than **May 26, 2023**. Plaintiff shall also notify the Court upon resolution of the criminal case against Perry.

**SIGNED** on February 23, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE